UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

In re ex parte Application of
Nottingham Forest Football Club to
Conduct Discovery for Use in Foreign Proceeding.

Case No. 1:24MC00891

ORDER

Upon consideration of the Application of Nottingham Forest Football Club for an Order Pursuant to 28 U.S.C. 1782 to Conduct Discovery For Use in a Foreign Proceeding (the "Petition"), the Exhibits thereto, the concurrently-filed Memorandum of Law submitted in support of the Petition, the concurrently-filed Declaration of George Pennington, including the exhibit thereto, and good and sufficient cause having been shown, it is hereby:

ORDERED that the Petition is GRANTED; and

It is further ORDERED that Petitioner Nottingham Forest Football Club is authorized to serve Respondents, Harris Media LLC, Brian Ruddle, and Vincent Harris with subpoenas annexed to the Petition as Exhibit 2.

SO ORDERED on this 28th day of August, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE